UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MILLER,

    Plaintiff,

v.

C. WIMBERLEY FORD-MERCURY, INC.,

    Defendant.

_____/

Case No. 1:10-cv-234

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant C. Wimberley Ford-Mercury, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant C. Wimberley Ford-Mercury, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: April 1, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge