UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MILLER,

       Plaintiff,                       HONORABLE PAUL L. MALONEY

v.                                       Case No. 1:10-cv-234

C. WIMBERLEY
FORD-MERCURY, INC.,

       Defendant.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

The Court having been informed by telephone call from plaintiff's counsel on today's date of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers shall be filed with the Court by **July 8, 2010**.

DATED: June 10, 2010                         /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge